Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                                                Case No.: 19−24371−JNP
                                                Chapter: 13
                                                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ena L. Fauntleroy
   aka Ena Fauntleroy
   259 Thomson Avenue
   Paulsboro, NJ 08066

Social Security No.:
   xxx−xx−3715

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/2/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 2, 2019
JAN: bc

                                                                       Jeanne Naughton
                                                                       Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                            Case No. 19-24371-JNP
Ena L. Fauntleroy                                                                 Chapter 13
        Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Oct 02, 2019
                               Form ID: 148                 Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2019.
db             +Ena L. Fauntleroy,    259 Thomson Avenue,    Paulsboro, NJ 08066-1640
518369154      +Eos Cca,    Attn: Bankruptcy Dept,    700 Longwater Drive,    Norwell, MA 02061-1624
518411225       GSMPS Mortgage Loan Trust 2004-3, U.S. Bank Nation,     KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
518369155       Hayt, Hayt & Landau, LLC,    Meridian Center 1,    Two Industrial Way West,    POB 500,
                 Eatontown, NJ 07724-0500
518369156      +Hayt, Hayt & Landau, LLC,    Re: Glo DC 004078-17,    2 Industrial Way West,
                 Eatontown, NJ 07724-2279
518369158      +Inspira Medical Center,    Attn: Billing Office,    509 N. Broad Street,
                 Woodbury, NJ 08096-1697
518369159      +Kohls/Capone/Capital One,    Attn: Bankruptcy Dept,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
518369160      +Phelan Hallihan Diamond & Jones, PC,    Re:,    1617 JFK Boulevard, Suite 1400,
                 Philadelphia, PA 19103-1814
518369161      +Progressive,    PO Box 31260,   Tampa, FL 33631-3260
518369162     ++++SPECIALIZED LOAN SERVICING,    PO BOX 266005,    LITTLETON CO 80163-6005
                 (address filed with court: Specialized Loan Servicing,      PO Box 266005,    Littleton, CO 80163)
518369163      +Specialized Loan Servicing,    PO Box 60535,    City of Industry, CA 91716-0535
518369164      +Specialized Loan Servicing,    Attn: Toby Wells, CEO,    8742 Lucent Boulevard,    Suite 300,
                 Highlands Ranch, CO 80129-2386
518478393      +U.S. Bank National Association, Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2019 22:18:57      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2019 22:18:57      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518369149      +E-mail/Text: mary.stewart@abcofcu.org Oct 02 2019 22:19:04      ABCO FCU,
                 Attn: Bankruptcy Department,    621 Beverly Rancocas Road,    Willingboro, NJ 08046-3727
518369150      +E-mail/Text: mary.stewart@abcofcu.org Oct 02 2019 22:19:04      ABCO Federal Credit Union,
                 PO Box 247,    Rancocas, NJ 08073-0247
518369151      +EDI: GMACFS.COM Oct 03 2019 02:13:00      Ally Financial,    Attn: Bankruptcy Dept,
                 PO Box 380901,    Bloomington, MN 55438-0901
518492134       EDI: GMACFS.COM Oct 03 2019 02:13:00      Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
518369152      +EDI: CAPITALONE.COM Oct 03 2019 02:13:00      Capital One,    Attn: Bankruptcy Dept,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
518392377       EDI: AIS.COM Oct 03 2019 02:13:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518443866       EDI: BL-BECKET.COM Oct 03 2019 02:13:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
518369153      +EDI: CCS.COM Oct 03 2019 02:13:00      Credit Collection Services,    Attn: Bankruptcy Dept,
                 725 Canton Street,    Norwood, MA 02062-2679
518369157      +EDI: IIC9.COM Oct 03 2019 02:13:00      I C System Inc,    Attn: Bankruptcy Dept,    PO Box 64378,
                 St. Paul, MN 55164-0378
518369165      +EDI: VERIZONCOMB.COM Oct 03 2019 02:13:00      Verizon,    Attn: Bankruptcy Dept,
                 One Verizon Way,    Basking Ridge, NJ 07920-1097
518369166      +EDI: WFFC.COM Oct 03 2019 02:13:00      Wells Fargo Home Mortgage,    Attn: Bankruptcy Department,
                 PO Box 10335,    Des Moines, IA 50306-0335
                                                                                                TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Oct 02, 2019
                              Form ID: 148             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    GSMPS Mortgage Loan Trust 2004-3, U.S. Bank National
               Association, as Trustee, successor in interest to Wachovia Bank, National Assocation, as Trustee
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    GSMPS Mortgage Loan Trust 2004-3, U.S. Bank National
               Association, as Trustee, successor in interest to Wachovia Bank, National Assocation, as Trustee
               rsolarz@kmllawgroup.com
              S. Daniel Hutchison    on behalf of Debtor Ena L. Fauntleroy sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```